# EXHIBIT D

KAHN SWICK & FOTI, LLC

1100 Poydras Street, Suite 960
New Orleans, LA 70163

TEL +1 504.455.1400
FAX +1 504.455.1498
KSFcounsel.com

**NEW ORLEANS**
NEW YORK
DELAWARE
LOS ANGELES
CHICAGO
LUXEMBOURG*

April 21, 2026

Melinda A. Nicholson
Partner – Admitted in LA, NY & TX
Direct: 504.648.1842
melinda.nicholson@ksfcounsel.com

**VIA OVERNIGHT MAIL AND EMAIL**
Nathaniel D. Cullerton, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10013-6150
*NDCullerton@wlrk.com*

**Re: Medical Properties Trust, Inc. Stockholder Litigation Demand**

Dear Mr. Cullerton:

I write in further response to your January 6 Letter.[1] As explained in our letter of February 2, 2026 (the "February 2 Letter"), your request that the Stockholder produce evidence of his ownership at present and during the entire relevant period appeared to find no support under Maryland law. Nevertheless, we provided a copy of the latest trading statement available to the Stockholder in advance of sending the Litigation Demand. Though additional proof of ownership is ***not*** required under Maryland law, as indicated in the February 2 Letter, the Stockholder herein provides an updated trade statement demonstrating current ownership of Company stock. *See* **Exhibit A**. We trust this will satisfy any purported concerns regarding the Stockholder's standing.

Despite sending proof of ownership in Company stock over two months ago, you have yet to respond to the Stockholder's questions concerning the Board's consideration of the Litigation Demand, whether the Board has entered into tolling agreements with the Alleged Wrongdoers, and whether the Board is considering the Reforms, also attached to the February 2 Letter. The Stockholder reiterates his request for information regarding the following: (i) the Board's consideration of his Litigation Demand; (ii) which Board members are conducting the internal investigation requested in the Litigation Demand; (iii) whether the Board has obtained tolling agreements from the Alleged Wrongdoers, and if so, which ones; and (iv) the Board's consideration of the Stockholder's Reforms. The Stockholder requests a response by no later than ten business days from the date of this correspondence.

---

[1] Undefined capitalized terms herein shall have the same meaning as in the Litigation Demand and our prior correspondence. Unless otherwise indicated, all emphasis herein is supplied, and all internal quotation marks and citations are omitted.

KSF
KAHN SWICK & FOTI, LLC

Best Regards,

*s/ Melinda A. Nicholson*

Melinda A. Nicholson

Encl.

cc: William Bercury