# EXHIBIT E

WACHTELL, LIPTON, ROSEN & KATZ

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150
TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

MARTIN LIPTON
HERBERT M. WACHTELL
EDWARD D. HERLIHY
DANIEL A. NEFF
SCOTT K. CHARLES
JODI J. SCHWARTZ
ADAM O. EMMERICH
RALPH M. LEVENE
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
ANDREW J. NUSSBAUM
RACHELLE SILVERBERG
STEVEN A. COHEN
DEBORAH L. PAUL
DAVID C. KARP
RICHARD K. KIM
JOSHUA R. CAMMAKER
MARK GORDON
JEANNEMARIE O'BRIEN
STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
WILLIAM SAVITT
GREGORY E. OSTLING
DAVID B. ANDERS
ADAM J. SHAPIRO
NELSON O. FITTS
JOSHUA M. HOLMES
IAN BOCZKO
MATTHEW M. GUEST
DAVID K. LAM
BENJAMIN M. ROTH
JOSHUA A. FELTMAN
ELAINE P. GOLIN
EMIL A. KLEINHAUS
KARESSA L. CAIN
RONALD C. CHEN
BRADLEY R. WILSON

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

OF COUNSEL

DAVID M. ADLERSTEIN
ANDREW R. BROWNSTEIN
WAYNE M. CARLIN
DAMIAN G. DIDDEN
SELWYN B. GOLDBERG
PETER C. HEIN
DAVID E. KAHAN
JB KELLY*
JOSEPH D. LARSON
RICHARD G. MASON
PHILIP MINDLIN
THEODORE N. MIRVIS
ERIC S. ROBINSON
STEVEN A. ROSENBLUM
JOHN F. SAVARESE
MICHAEL J. SEGAL
WON S. SHIN
DAVID M. SILK
ELLIOTT V. STEIN
LEO E. STRINE, JR.**
STEPHANIE L. TEICHER
PAUL VIZCARRONDO, JR.
JEFFREY M. WINTNER
AMY R. WOLF
MARC WOLINSKY

COUNSEL

SUMITA AHUJA
LOREN BRASWELL
HEATHER D. CASTEEL
FRANCO CASTELLI
ANDREW J.H. CHEUNG
PAMELA EHRENKRANZ
ALINE R. FLODR
KATHRYN GETTLES-ATWA
LEDINA GOCAJ
ADAM M. GOGOLAK
ANGELA K. HERRING
MICHAEL W. HOLT
DONGHWA KIM
MARK A. KOENIG
J. AUSTIN LYONS
ALEXANDER S. MACKLER**
STEPHANIE A. MARSHAK
ALICIA C. McCARTHY
JOSEPH S. PAYNE
NICOLE D. SHARER
NEIL M. SNYDER
JEFFREY A. WATIKER
DAVID P.T. WEBB

*ADMITTED IN THE DISTRICT OF COLUMBIA AND NORTH CAROLINA
**ADMITTED IN DELAWARE

GRAHAM W. MELI
GREGORY E. PESSIN
CARRIE M. REILLY
MARK F. VEBLEN
SARAH K. EDDY
VICTOR GOLDFELD
RANDALL W. JACKSON
BRANDON C. PRICE
KEVIN S. SCHWARTZ
MICHAEL S. BENN
TIJANA J. DVORNIC
JENNA E. LEVINE
RYAN A. McLEOD
ANITHA REDDY
JOHN L. ROBINSON
STEVEN WINTER
JACOB A. KLING
RAAJ S. NARAYAN
MICHAEL J. SCHOBEL
ELINA TETELBAUM
ERICA E. AHO
LAUREN M. KOFKE
RACHEL B. REISBERG
CYNTHIA FERNANDEZ LUMERMANN
CHRISTINA C. MA
BENJAMIN S. ARFA
NATHANIEL D. CULLERTON
ERIC M. FEINSTEIN
ADAM L. GOODMAN
STEVEN R. GREEN
MENG LU
AHSAN M. BARKATULLAH
MATTHEW T. CARPENTER
MICHAEL H. CASSEL
HANNAH CLARK
KYLE M. DIAMOND
JUSTIN R. ORR
EMILY E. SAMRA
GEORGE N. TEPE

DIRECT DIAL: (212) 403-1313
DIRECT FAX: (212) 403-2313
E-MAIL: NDCULLERTON@WRLK.COM

April 27, 2026

Via E-mail (melinda.nicholson@ksfcounsel.com)

Melinda A. Nicholson, Esq.
Kahn Swick & Foti, LLC
1100 Poydras Street, Suite 960
New Orleans, LA 70163

Re: Medical Properties Trust, Inc. Stockholder Litigation Demand

Dear Ms. Nicholson,

The Medical Properties Trust, Inc. ("MPT" or "the Company") Board of Directors (the "Board") has considered the November 4, 2025 letter that you sent on behalf of your client, William Bercury. The Board has directed us to provide this response.

In your letter, Mr. Bercury demands, among other things, that the Board investigate and commence a civil action against certain directors and officers of the Company to remedy alleged breaches of fiduciary duty supposedly identified in the letter. Mr. Bercury's demand is based on MPT's disclosures regarding a transaction with Prospect Medical Holdings, Inc. ("Prospect") and the purported decision of a regulatory agency to place the transaction on hold. The demand

also notes that MPT and certain of its directors and officers are defendants in a securities class action lawsuit pending in the U.S. District Court for the Southern District of New York that makes substantially similar allegations relating to MPT's disclosures concerning the Prospect transaction. As you may be aware, MPT and certain of its directors and officers have also been named as defendants in shareholder derivative actions pending in the U.S. District Court for the Southern District of New York and the U.S. District Court for the District of Maryland that make similar allegations to those advanced in the demand and the pending securities class action. These matters are ongoing.

After deliberation, the Board has determined that resolution of your client's demand would be premature at this time and, therefore, to defer further consideration of the demand pending further developments in these related proceedings. Courts have recognized that when a board of directors receives a demand from a stockholder to authorize an investigation and legal action, such an investigation and legal action may be contrary to and impede the defense of related legal proceedings to which the company is responding and, accordingly, would not be in the best interests of the company and its stockholders. Moreover, the board may not be able to make a fully informed judgment with respect to the demand before the related legal proceedings are resolved and facts that may be essential to such a judgment become available, including the extent of actual damage to the company. The board may therefore decide to defer consideration of whether the investigation and legal action demanded are in the best interests of the company and its stockholders until the related legal proceedings are resolved. *See, e.g.*, *Hays* v. *Dvorak*, C.A. No. 9768-CB, at 46 (Del. Ch. Dec. 15, 2014) (TRANSCRIPT); *Furman* v. *Walton*, 2007 WL 1455904 (N.D. Cal. May 16, 2007), *aff'd*, 320 F. App'x 638 (9th Cir. 2009).

The Board intends to continue to monitor these ongoing proceedings closely and to revisit your client's demand when circumstances permit. We will update you as appropriate.

Sincerely,

Nate Cullerton