# EXHIBIT G

WACHTELL, LIPTON, ROSEN & KATZ

MARTIN LIPTON
HERBERT M. WACHTELL
EDWARD D. HERLIHY
DANIEL A. NEFF
SCOTT K. CHARLES
JODI J. SCHWARTZ
ADAM O. EMMERICH
RALPH M. LEVENE
ROBIN PANOVKA
DAVID A. KATZ
ILENE KNABLE GOTTS
ANDREW J. NUSSBAUM
RACHELLE SILVERBERG
STEVEN A. COHEN
DEBORAH L. PAUL
DAVID C. KARP
RICHARD K. KIM
JOSHUA R. CAMMAKER
MARK GORDON
JEANNEMARIE O'BRIEN
STEPHEN R. DiPRIMA
NICHOLAS G. DEMMO
IGOR KIRMAN
JONATHAN M. MOSES
T. EIKO STANGE
WILLIAM SAVITT
GREGORY E. OSTLING
DAVID B. ANDERS
NELSON O. FITTS
JOSHUA M. HOLMES
IAN BOCZKO
MATTHEW M. GUEST
DAVID K. LAM
BENJAMIN M. ROTH
ELAINE P. GOLIN
EMIL A. KLEINHAUS
KARESSA L. CAIN
RONALD C. CHEN
BRADLEY R. WILSON
GRAHAM W. MELI

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150
TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

GEORGE A. KATZ (1965-1989)
JAMES H. FOGELSON (1967-1991)
LEONARD M. ROSEN (1965-2014)

OF COUNSEL

DAVID M. ADLERSTEIN
ANDREW R. BROWNSTEIN
WAYNE M. CARLIN
DAMIAN G. DIDDEN
SELWYN B. GOLDBERG
PETER C. HEIN
DAVID E. KAHAN
JB KELLY*
JOSEPH D. LARSON
RICHARD G. MASON
PHILIP MINDLIN
THEODORE N. MIRVIS
ERIC S. ROBINSON
STEVEN A. ROSENBLUM
JOHN F. SAVARESE
MICHAEL J. SEGAL
WON S. SHIN
DAVID M. SILK
ELLIOTT V. STEIN
LEO E. STRINE, JR.**
STEPHANIE L. TEICHER
PAUL VIZCARRONDO, JR.
JEFFREY M. WINTNER
AMY R. WOLF
MARC WOLINSKY

COUNSEL

LOREN BRASWELL
HEATHER D. CASTEEL
FRANCO CASTELLI
ANDREW J.H. CHEUNG
PAMELA EHRENKRANZ
ALINE R. FLODR
KATHRYN GETTLES-ATWA
LEDINA GOCAJ
ADAM M. GOGOLAK
ANGELA K. HERRING
MICHAEL W. HOLT
DONGHWA KIM
MARK A. KOENIG
DANIEL R. LOESER
J. AUSTIN LYONS
ALEXANDER S. MACKLER**
STEPHANIE A. MARSHAK
ALICIA C. McCARTHY
JOSEPH S. PAYNE
NICOLE D. SHARER
NEIL M. SNYDER
JEFFREY A. WATIKER
DAVID P.T. WEBB

*ADMITTED IN THE DISTRICT OF COLUMBIA AND NORTH CAROLINA
**ADMITTED IN DELAWARE

GREGORY E. PESSIN
CARRIE M. REILLY
MARK F. VEBLEN
SARAH K. EDDY
VICTOR GOLDFELD
RANDALL W. JACKSON
BRANDON C. PRICE
KEVIN S. SCHWARTZ
MICHAEL S. BENN
TIJANA J. DVORNIC
JENNA E. LEVINE
RYAN A. McLEOD
ANITHA REDDY
JOHN L. ROBINSON
STEVEN WINTER
JACOB A. KLING
RAAJ S. NARAYAN
MICHAEL J. SCHOBEL
ELINA TETELBAUM
LAUREN M. KOFKE
RACHEL B. REISBERG
CYNTHIA FERNANDEZ LUMERMANN
JARRETT R. HOFFMAN
CHRISTINA C. MA
BENJAMIN S. ARFA
NATHANIEL D. CULLERTON
ERIC M. FEINSTEIN
ADAM L. GOODMAN
STEVEN R. GREEN
MENG LU
AHSAN M. BARKATULLAH
MATTHEW T. CARPENTER
MICHAEL H. CASSEL
HANNAH CLARK
KYLE M. DIAMOND
JUSTIN R. ORR
EMILY E. SAMRA
GEORGE N. TEPE

DIRECT DIAL: (212) 403-1313
DIRECT FAX: (212) 403-2313
E-MAIL: NDCULLERTON@WLRK.COM

July 13, 2026

Via Email

Melinda A. Nicholson
Kahn Swick & Foti, LLC
1100 Poydras Street, Suite 960
New Orleans, LA 70163

Re: Medical Properties Trust, Inc. Stockholder Litigation Demand

Dear Ms. Nicholson:

We write in response to your May 1, 2026 letter regarding the Board's consideration of the November 4, 2025 litigation demand submitted on behalf of your client, William Bercury. Contrary to the statements in your May 1 letter, the Board has not made a determination on the demand or refused to investigate the allegations therein. Rather, as stated in our April 27, 2026 letter, the Board has determined that it is in the Company's best interests to defer further consideration of the demand pending further developments in three related proceedings. Those proceedings include a securities class action lawsuit pending in the U.S. District Court for the Southern District of New York and two shareholder derivative actions pending in the U.S. District Courts for the Southern District of New York and the District of

Maryland, each of which predate the demand and is based on allegations substantially similar to those set forth in the demand.[1]

As previously communicated, the Board will continue to monitor these ongoing proceedings and assess their potential impact on its consideration of the demand and the appropriateness of any tolling agreements, and we will update you as appropriate. Since our most recent correspondence, the derivative action pending in the District of Maryland has been voluntarily dismissed. The other two related actions remain pending.

Finally, in response to your request, we attach the transcript referenced in MPT's April 27, 2026 response as Exhibit A to this correspondence.

Sincerely,

Nate Cullerton

---

[1] The Board's response here is therefore unlike that in the cases noted in your letter, in which a Board of Directors outright refused a litigation demand based on related pending litigation, *Witchko* v. *Schorsch*, 2016 WL 3887289, at *6 (S.D.N.Y. June 9, 2016), or abandoned an investigation commenced in response to a demand after discovering evidence of wrongdoing, *In Rich ex rel. Fuqi Int'l, Inc.* v. *Yu Kwai* Chong, 66 A.3d 963, 979 (Del. Ch. 2013). The Board here has not refused the demand or abandoned an investigation, rendering these cases inapposite.