IH-32 Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

WILLIAM BERCURY, derivatively on behalf of MEDICAL PROPERTIES TRUST, INC.

Plaintiff

vs.

EDWARD K. ALDAG, JR., R. STEVEN HAMNER, J. KEVIN HANNA, ELIZABETH N. PITMAN, MICHAEL G. STEWART, EMILY W. MURPHY, G. STEVEN DAWSON, CATERINA A. MOZINGO, D. PAUL SPARKS, JR. and C. REYNOLDS THOMPSON, III, Defendants
and
MEDICAL PROPERTIES TRUST, INC., Nominal Defendant

Defendant

Case Number

1:26-cv-6976

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

In re: Medical Properties Trust, Inc. Securities Litigation

Plaintiff

vs.

Defendant

Case Number

1:23-cv-08597

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

The earlier-field case is a securities class action, brought on behalf of a putative class of investors. The court appointed lead plaintiff filed an amended complaint, and the defendants to that action have moved to dismiss it.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Plaintiff William Bercury respectfully suggests the low filed case is a securities class action alleging that similar defendants made false and misleading statements to investors.

The newly filed case is a stockholder derivative action alleging, among other things, that the Board of Directors breached their fiduciary duties to the Company by failing to have sufficient internal controls in place to prevent the conduct alleged in the low-filed case.

Signature: s/ Melinda A. Nicholson Date: 08/14/2026

Firm: Kahn Swick & Foti, LLC
1100 Poydras Street, Suite 960
New Orleans, LA 70130