UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM BERCURY, derivatively on behalf of MEDICAL PROPERTIES TRUST, INC.<br><br>*Plaintiff*,<br><br>v.<br><br>EDWARD K. ALDAG, JR., R. STEVEN HAMNER, J. KEVIN HANNA, ELIZABETH N. PITMAN, MICHAEL G. STEWART, EMILY W. MURPHY, G. STEVEN DAWSON, CATERINA A. MOZINGO, D. PAUL SPARKS, JR. and C. REYNOLDS THOMPSON, III,<br><br>*Defendants*,<br><br>-and-<br><br>MEDICAL PROPERTIES TRUST, INC.<br><br>*Nominal Defendant*. | Case No. 1:26-cv-06976-VSB-GS |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Nominal Defendant Medical Properties Trust, Inc. ("Medical Properties"), by and through its undersigned counsel, hereby certifies that Medical Properties has no parent corporation, and that, as of June 30, 2026, various investment funds affiliated with BlackRock, Inc., a

publicly held corporation, own 10% or more of Medical Properties' outstanding common stock.

Dated: September 22, 2026

WACHTELL, LIPTON, ROSEN & KATZ

By: */s/ Lauren Kofke*

Lauren Kofke
51 West 52nd St.
New York, NY 10019
Telephone: (212) 403-1000
Fax: (212) 403-2000
LMKofke@wlrk.com

*Attorney for Defendants*